Argued March 30, 1982. Thomas E. Butler, for appellant; Steven J. Cooperstein, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, McEWEN and POPOVICH, JJ.

Judgment of sentence affirmed.

450 A.2d 197

Commonwealth v. Jennings, Appellant.

Argued March 9, 1982. Julius E. Fioravanti, for appellant; Ron Eisenberg, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, CIRILLO and LIPEZ, JJ.

Order affirmed.

450 A.2d 197

Commonwealth v. Lee, Appellant.

Submitted May 11, 1982. Carol K. McGinley, Assistant Public Defender, for appellant;

William H. Platt, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and HOFFMAN, JJ.

Judgment of sentence affirmed.

CAVANAUGH, J. filed a memorandum concurring statement.

450 A.2d 198

Commonwealth v. Lees, Appellant.
Petition for Allowance of Appeal
Denied Dec. 6, 1982.

 Submitted April 6, 1982. Nino V. Tinari, for appellant; Jane Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and CIRILLO, JJ.

Order affirmed.

450 A.2d 198

Commonwealth v. Matalavage, Appellant.